# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Patricia Jean Riffle,**

    **Plaintiff,**

  v.                                    Case No. 2:12-cv-373

                                              JUDGE ALGENON L. MARBLEY

**Commissioner of Social Security,**      Magistrate Judge Kemp

    **Defendant.**

## ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 19, 2013. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors is sustained to the extent that this case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

    **IT IS SO ORDERED.**

                                                               s/Algenon L. Marbley
                                                               Algenon L. Marbley
                                                               United States District Judge